# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MALDONADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　Defendant. | Case No. 1:25-cv-00314-JLT-SAB<br><br>ORDER DISCHARGING MAY 27, 2025 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 7, 11) |

On May 27, 2025, an order issued requiring that Plaintiff show cause for his counsel's failure to appear at the May 27, 2025 mandatory scheduling conference. (ECF No. 7.) On May 29, 2025, counsel Nupur Apte filed a declaration explaining that her failure to attend the scheduling conference was due to a calendaring error. (ECF No. 11.) Ms. Apte assures the Court that this was an isolated incident and is committed to ensuring such error does not reoccur. The Court finds good cause to discharge the order to show cause without imposing sanctions.

Accordingly, the May 27, 2025 order to show cause (ECF No. 7) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　**May 30, 2025**　　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge

1